# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY HALDER and ARPA HALDER,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY MAC LOAN SERVICES, LLC, and others<br><br>Defendants. | Case No. 12-cv-05757 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 1 |

Plaintiffs bring this action against defendants for slander of title, wrongful foreclosure, and violations of California Civil Code §§ 2923.5 and 17200. Dkt. No. 1. Plaintiffs invoke federal jurisdiction under 28 U.S.C. § 1332(a)(1) on the basis of diversity of citizenship. As the complaint alleges that Plaintiffs are citizens of the same state (California) as one of the named defendants, Penny Mac Loan Services, LLC, and the claims in the complaint arise exclusively out of state law, the Court lacks subject matter jurisdiction over this action. Accordingly, by December 10, 2012, Plaintiffs must show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. Also by December 10, Plaintiffs must consent to or decline the jurisdiction of a United States Magistrate Judge. A consent/decline form is attached.

IT IS SO ORDERED.

Date: November 26, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05757 NC
ORDER TO SHOW CAUSE